IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN SIMS, § § **Plaintiff,** § § v. § § CAPITAL ONE BANK (USA) NA, § § **Defendant.** § § § | Civil Action No. 3:18-cv-05008-RBL |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

                                                RESPECTFULLY SUBMITTED,

DATED: December 18, 2018

                                          By: /s/ Richard J. Albanese
                                                 Richard J. Albanese, Esq.
                                             KIMMEL & SILVERMAN PC
                                             30 E BUTLER PIKE
                                             AMBLER, PA 19002
                                             Phone: 215-648-3453
                                             Email: ralbanese@creditlaw.com
                                             Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

       I, Richard J. Albanese, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Steven A Miller, Esq.
MILLER NASH GRAHAM & DUNN LLP (SEA)
2801 ALASKAN WAY
STE 300 PIER 70
SEATTLE, WA 98121-1128
206-624-8300
Email: steven.miller@millernash.com

Kellen Andrew Hade, Esq.
MILLER NASH GRAHAM & DUNN LLP (SEA)
2801 ALASKAN WAY
STE 300 PIER 70
SEATTLE, WA 98121-1128
206-777-7411
Fax: 206-340-9599
Email: kellen.hade@millernash.com
Attorneys for Defendant

Dated: December 18, 2018

By: /s/ Richard J. Albanese
Richard J. Albanese, Esq.
KIMMEL & SILVERMAN PC
30 E BUTLER PIKE
AMBLER, PA 19002
Phone: 215-648-3453
Email: ralbanese@creditlaw.com
Attorney for the Plaintiff