|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| JOHN SIMS, | |
|---|---|
| Plaintiff, | Case No. 3:18-cv-05008-RBL |
| v. | STIPULATED MOTION TO DISMISS |
| CAPITAL ONE BANK (U.S.A.), N.A., | Noted for Hearing: March 27, 2019 |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii), counsel for the parties stipulate to dismiss this action with prejudice and without fees or costs to either party.

Date: March 27, 2019

*s/ Steven A Miller*

Steven A Miller, Esq.
Kellen A. Hade, Esq.
MILLER NASH GRAHAM & DUNN LLP
2801 ALASKAN WAY
STE 300 PIER 70
SEATTLE, WA 98121-1128
Phone: 206-624-8300
Email: steven.miller@millernash.com
Email: kellen.hade@millernash.com

*Attorney for the Defendant*

Date: March 27, 2019

*s/ Richard J. Albanese*

Richard J Albanese (admitted *PHV*)
KIMMEL & SILVERMAN PC
30 E BUTLER PIKE
AMBLER, PA 19002
Phone: 215-648-3453
Email: ralbanese@creditlaw.com

*s/ Matthew Cunanan*
Matthew J. Cunanan, WSBA #42530
DC LAW GROUP NW LLC
221 First Ave. W #320
Seattle, WA 98119
Tel: (206) 494-0400
Email: matthew@dclglawyers.com
*Attorneys for Plaintiff*

STIPULATED MOTION TO DISMISS - 1

(3:18-cv-05008)

4844-6853-4155.1

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

1  **IT IS SO ORDERED.**  The Clerk is directed to close this matter.

2

3  DATED:_____

4

5                                        _____
                                         Ronald B. Leighton
6                                        United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION TO DISMISS - 2

(3:18-cv-05008)

4844-6853-4155.1

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

# CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the United States that I caused the foregoing to be served via the Court's ECF system on the following parties:

*Attorneys for Plaintiff:*

Matthew J. Cunanan, WSBA #42530
DC LAW GROUP NW LLC
221 1st Ave. W #320
Seattle, WA  98119
Phone:  (206) 494-0400
Email: matthew@dclglawyers.com

Richard Albanese *(pro hac vice)*
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA  19002
Phone:  (215) 540-8888
*Email: ralbanese@creditlaw.com*

EXECUTED this 27th day of March, 2019, at Seattle, Washington.

*s/Nick Miller*
Administrative Assistant

STIPULATED MOTION TO DISMISS - 3

(3:18-cv-05008)

4844-6853-4155.1

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON  98121