UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN SIMS,<br><br>               Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (U.S.A.), N.A.,<br><br>               Defendant. | Case No. 3:18-cv-05008-RBL<br><br>STIPULATED MOTION TO DISMISS<br><br>Noted for Hearing: March 27, 2019 |

Pursuant to Rule 41(a)(1)(A)(ii), counsel for the parties stipulate to dismiss this action with prejudice and without fees or costs to either party.

Date: March 27, 2019

*s/ Steven A Miller*

Steven A Miller, Esq.
Kellen A. Hade, Esq.
MILLER NASH GRAHAM & DUNN LLP
2801 ALASKAN WAY
STE 300 PIER 70
SEATTLE, WA 98121-1128
Phone: 206-624-8300
Email: steven.miller@millernash.com
Email: kellen.hade@millernash.com

*Attorney for the Defendant*

Date: March 27, 2019

*s/ Richard J. Albanese*

Richard J Albanese (admitted *PHV*)
KIMMEL & SILVERMAN PC
30 E BUTLER PIKE
AMBLER, PA 19002
Phone: 215-648-3453
Email: ralbanese@creditlaw.com

*s/ Matthew Cunanan*

Matthew J. Cunanan, WSBA #42530
DC LAW GROUP NW LLC
221 First Ave. W #320
Seattle, WA 98119
Tel: (206) 494-0400
Email: matthew@dclglawyers.com
*Attorneys for Plaintiff*

STIPULATED MOTION TO DISMISS - 1

(3:18-cv-05008)

4844-6853-4155.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

1  **IT IS SO ORDERED.** The Clerk is directed to close this matter.

2

3  DATED: 4-1-19

4

5  _____
  Ronald B. Leighton
6  United States District Court Judge

STIPULATED MOTION TO DISMISS - 2

(3:18-cv-05008)

4844-6853-4155.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121